UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT LYNN DAVIS, ) | |
| ) | Case No. 1:23-cv-235 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant*. | |

**ORDER**

On July 2, 2024, United States Magistrate Judge Debra C. Poplin filed her Report and Recommendation (Doc. 22) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Poplin recommended that Plaintiff's Counsel's motion for attorney's fees and expenses (Doc. 17) be granted. (Doc. 22.)

Defendant Commissioner filed a response stating she does not oppose the motion. (Doc. 19.) The Court has reviewed the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Poplin's well-reasoned conclusions.

Accordingly:

- The Court **ACCEPTS AND ADOPTS** Magistrate Judge Poplin's report and recommendation (Doc. 22).
- Plaintiff's motion for attorney's fees and costs (Doc. 17) is **GRANTED**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**